# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS MARQUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No.: 1:20-cv-04454 <br><br> Judge: Virginia M. Kendall |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Nicholas Marquez hereby dismisses the above-entitled action pending before this Court (i.e., all claims remaining before this Court that have not been remanded to state court) without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 20, 2021

Respectfully submitted,

By: */s/ Frank S. Hedin*
Frank S. Hedin

**HEDIN HALL LLP**
Frank S. Hedin**
David W. Hall*
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinhall.com
dhall@hedinhall.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Philip L. Fraietta*
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com

1

pfraietta@bursor.com

*Counsel for Plaintiff and the Putative Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059
malmstrom@whafh.com

*Local Counsel for Plaintiff and the Putative Class*

\* *Pro Hac Vice* Application Forthcoming
\*\* Appearing *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Frank S. Hedin, certify that on January 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

By: _/s/ Frank S. Hedin_
Frank S. Hedin